UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

Compression Labs Inc                                  2:05cv156
     v.
Microsoft Corporation

CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE

     In accordance with the provisions of 28 U.S.C. Section 636( c), you are hereby notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case, including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent. You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's trail jurisdiction from being exercised by a magistrate judge.

     An appeal from a judgement entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgement of a district court.

NOTICE

     In accordance with the provisions of 28 U.S.C. 636 ( c), the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including trial, order the entry of a final judgement and conduct all post-judgement proceedings.

| Signatures | Party Represented | Date |
| --- | --- | --- |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Dated: _____