# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF TEXAS

# MARSHALL DIVISION

| | |
|---|---|
| **Compression Labs Inc.** | * |
| | * |
| vs | *   Civil Action No. 2:05cv156 |
| | * |
| **Microsoft Corporation** | * |

Pursuant to Standing Referral Order DF-72-2, certain civil suits are referred at the time of filing equally among magistrate judges. Therefore, the above entitled action has been referred to:

Magistrate Judge Caroline Craven