United States District Court
Eastern District of Texas
Marshall Division
Sam B Hall Jr Federal Building & U S Courthouse
Marshall, Texas 75670

Report on the Filing or Determination
of an Action
Regarding a Patent or Trademark

Date:

Commissioner of Patents & Trademarks
Washington
D C 20231

RE: 2:05cv156 Compression Labs, Inc Vs Microsoft Corp

In compliance with 35 USC Sec 290 and/or 15 USC Section 1116, you are hereby advised of the following:

    [ XX ]   that a court action has been filed on a patent or trademark

    [ ]   that a final decision or judgment has been rendered in a case concerning a patent or a trademark. A copy of the order or judgment is attached

DAVID J MALAND, Clerk

BY: *(signature)*
Libby Smith, Deputy Clerk

enclosures