AO 440 (Rev. 8/01) Summons in a Civil Action

RECEIVED APR 28, 2005 BY: 10:30 am

# UNITED STATES DISTRICT COURT

Eastern District of Texas

05 MAY -4 PM 1:25

TX EASTERN-MARSHALL

Compression Labs, Inc.

SUMMONS IN A CIVIL CASE

V.

Microsoft Corporation

CASE NUMBER: 2-05CV-156

TO: (Name and address of Defendant)

Microsoft Corporation, by and through its registered agent for service,
Corporation Service Company, 701 Brazos Street, Suite 1050, Austin, Texas 78701

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eric W. Buether
GODWIN GRUBER, LLP
Renaissance Tower
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2084
(214) 939-4400

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

DAVID J. MALAND, CLERK

4-21-05

CLERK  C. Hinton

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | April 28, 2005 @ 1:25 pm |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Scott L. Thomas | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): **AFFIDAVIT ATTACHED**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 60.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 28, 2005        *[signature]*
              Date                   Signature of Server

*Address of Server*

THOMAS PROCESS
809 Rio Grande Street
Suite 103
Austin, Texas 78701

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# AFFIDAVIT OF SERVICE

Came to hand on the 28th day of April, 2005, at 10:30 o'clock am.
Cause No. 2-05CV-156

Executed at 701 Brazos Street, Suite 1050 Austin, Texas 78701 within the County of Travis at 1:25 o'clock pm on the 28th day of April, 2005, by delivering to the within named:

MICROSOFT CORPORATION,
by delivering to its Registered Agent, CORPORATION SERVICE COMPANY,
by and through its designated agent, MARGARET LEAK, in person, a true copy of this Summons, together with the Original Complaint, and Civil Cover Sheet, having first endorsed upon such copy of the Summons the date of delivery.

I am not a party to or interested in the outcome of the suit referenced above. I am authorized by written order to serve citation and other notices. I am not less than eighteen (18) years of age.

Service Fee $60.00

By: _____
Scott L. Thomas
(Authorized Person)

THOMAS PROCESS
809 Rio Grande Street
Suite 103
Austin, Texas 78701
(512) 320-8330

| COMPRESSION LABS, INC. |
| --- |
| Plaintiff |
| V. |
| MICROSOFT CORPORATION, |
| Defendant |

## VERIFICATION

STATE OF TEXAS §
COUNTY OF TRAVIS §

BEFORE ME, A NOTARY PUBLIC, on this day personally appeared **Scott L. Thomas**, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct.
Given under my hand and seal of office this 28th day of April, A.D., 2005.

_____
NOTARY PUBLIC, STATE OF TEXAS

ROSEMARIE A. LEGASSIE
Notary Public
STATE OF TEXAS
My Comm. Exp. 03-01-08

26551/14017 0002