IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COMPRESSION LABS, INC., § | Civil Action No. 2 - 05CV - 156 |
| § | |
| Plaintiff, § | **NOTICE OF FILING WITH THE** |
| § | **JUDICIAL PANEL ON** |
| § | **MULTIDISTRICT LITIGATION A** |
| vs. § | **NOTICE OF TAG-ALONG ACTION** |
| § | |
| MICROSOFT CORPORATION, § | |
| § | |
| Defendant. § | |

Please take notice that on May 10, 2005, Defendant Microsoft Corporation

("Microsoft"), through undersigned counsel, filed the attached Notice of Tag-Along Action with

the Judicial Panel on Multidistrict Litigation.

Dated: May 10, 2005                                                    Respectfully submitted,

By:  /s/ Kelly J. Kubasta

| | |
|---|---|
| OF COUNSEL | James Bradley (TXB 02826000) |
| David T. Pritikin (SBN 2256339) | *e-mail: jbradley@sidley.com* |
| *e-mail: dpritikin@sidley.com* | James Jorgensen (TXB 00794060) |
| Richard A. Cederoth (SBN 6185199) | *e-mail: jjorgensen@sidley.com* |
| *e-mail: rcederoth@sidley.com* | Kelly J. Kubasta (TXB 24002430) |
| Douglas I. Lewis (SBN 6216438) | *e-mail: kkubasta@sidley.com* |
| *e-mail: dilewis@sidley.com* | SIDLEY AUSTIN BROWN & WOOD LLP |
| SIDLEY AUSTIN BROWN & WOOD LLP | 717 North Harwood |
| Bank One Plaza | Suite 3400 |
| 10 South Dearborn Street | Dallas, Texas 75201 |
| Chicago, Illinois 60603 | Phone: (214) 981-3300 |
| Phone: (312) 853-7000 | Fax: (214) 981-3400 |
| Fax: (312) 853-7036 | |

Bryan K. Anderson (SBN 170666)
*e-mail: bkanderson@sidley.com*
SIDLEY AUSTIN BROWN & WOOD LLP                        ATTORNEYS FOR DEFENDANT
555 California Street, Suite 2000                                 MICROSOFT CORPORATION
San Francisco, CA 94104
Phone: (415) 772-1200
Fax: (415) 772-7400

v.

**CERTIFICATE OF SERVICE**

      The undersigned certified that the foregoing document was filed electronically in compliance with Local Rule CV-5(a), on this the 10th day of May, 2005.  As such, this motion was served on all counsel who are deemed to have consented to electronic service.  Pursuant to Local Rule 5(A)(3)(C), service is completed at the date and time stated on the Notice of Electronic Filing received from the court.

                        /s/ Kelly J. Kubasta
                        Kelly J. Kubasta