# BEFORE THE JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE COMPRESSION LABS, INC., PATENT LITIGATION | MDL-1654 |

## NOTICE OF TAG-ALONG ACTION

Pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (the "Rules"), Microsoft Corporation ("Microsoft"), hereby gives notice to the Clerk of the Judicial Panel on Multidistrict Litigation ("the Panel") of a "tag-along" action as defined in Panel Rule 1.1 that was filed in the United States District Court for the Eastern District of Texas and styled as <u>Compression Labs, Inc. v. Microsoft Corporation</u>, Case No. 2-05CV-156 (E.D. Texas) ("the Texas Action"). A copy of the complaint in this case is attached hereto as Exhibit A.

The tag-along action at issue shares common questions of fact with cases already transferred under Section 1407 and now part of the Multidistrict Litigation, MDL-1654. Specifically, Compression Labs, Inc. ("CLI") accuses Microsoft of infringing the same patent, U.S. Patent No. 4,698,672 ("the '672 patent"), at issue in MDL-1654. Like Microsoft, CLI claims that the other parties in MDL-1654 infringe the '672 patent. MDL-1654 and the Texas Action will involve construing the same patent claims and determining the validity of the '672 patent. In addition, the accused infringers in MDL-1654 have alleged defenses and claims against CLI similar to those Microsoft intends to assert.

Microsoft has not yet answered the complaint in the Texas Action. No discovery has been taken.

Based on the foregoing, Microsoft respectfully requests that the Panel transfer this tag-along action under Section 1407 and consolidate it with the other actions pending in MDL-1654.

Dated: May 10, 2005

Respectfully submitted,

David T. Pritikin (SBN 2256339)
*e-mail: dpritikin@sidley.com*
Richard A. Cederoth (SBN 6185199)
*e-mail: rcederoth@sidley.com*
Douglas I. Lewis (SBN 6216438)
*e-mail: dilewis@sidley.com*
SIDLEY AUSTIN BROWN & WOOD
Bank One Plaza
10 South Dearborn Street
Chicago, Illinois 60603
Phone: (312) 853-7000
Fax: (312) 853-7036

Bryan K. Anderson (SBN 170666)
*e-mail: bkanderson@sidley.com*
SIDLEY AUSTIN BROWN & WOOD LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Phone: (415) 772-1200
Fax: (415) 772-7400

Attorneys for Microsoft Corporation

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 10, 2005, I served Defendant Microsoft Corporation's NOTICE OF TAG-ALONG ACTION, by first class mail upon counsel of record as listed on the attached service list.

_____
Douglas I. Lewis

**Judicial Panel on Multidistrict Litigation - Panel Attorney Service List**

Docket: 1654 - In re Compression Labs, Inc., Patent Litigation
Status: Pending on / /
Transferee District:      Judge:

Printed on 01/05/2005

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Adams, Darryl J.<br>Dewey, Ballantine, L.L.P.<br>401 Congress Avenue<br>Suite 3200<br>Austin, TX 78701 | => Gateway, Inc.* |
| Albritton, Eric Miller<br>P.O. Box 2649<br>Longview, TX 75606 | => Concord Camera Corp.; Creative Labs, Inc.; Hewlett-Packard Co.; Panasonic Mobile Communications Development Corp. of USA |
| Amster, Morton<br>Amster, Rothstein & Ebenstein<br>90 Park Avenue<br>New York, NY 10016 | => JVC Americas Corp.*; Matsushita Electric Corp. of America*; Matsushita Electric Corp. of America* |
| Bendes, Barry J.<br>Wolf Block, Schorr & Solis-Cohen<br>1650 Arch Street<br>22nd Floor<br>Philadelphia, PA 19103 | => Onkyo U.S.A. Corp. |
| Bowen, James W.<br>Jenkens & Gilchrist<br>Fountain Place, Suite 3200<br>1445 Ross Avenue<br>Dallas, TX 75202-2799 | => Forgent Networks, Inc.*; General Instruments Corp.* |
| Bradley, James P.<br>Sidley Austin Brown & Wood<br>717 North Harwood<br>Dallas, TX 75201 | => Xerox Corp.* |
| Buether, Eric W.<br>Godwin Gruber, LLP<br>1201 Elm Street<br>Suite 1700<br>Dallas, TX 75270-2084 | => Compression Labs, Inc.* |
| Chalsen, Christopher<br>Milbank, Tweed, Hadley & McCloy L.L.P.<br>One Chase Manhattan Plaza<br>New York, NY 10005 | => Fujitsu Computer Products of America, Inc.* |
| DeGirolamo, Joseph A.<br>Morgan & Finnegan<br>3 World Financial Center<br>New York, NY 10281-2101 | => AudioVox Corp.*; Audiovox Electronics Corp.* |
| Elliot, Lucas T.<br>Fulbright & Jaworski<br>1301 McKinney Street<br>Suite 5100<br>Houston, TX 77010-3095 | => Acer America Corp.* |
| Flanagan, Mark D.<br>Wilson Sonsini Goodrich & Rosati<br>Professional Corp. | => palmOne, Inc.* |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| 650 Page Mill Road<br>Palo Alto, CA 94304-1050 | |
| Gillam, Jr., Harry Lee<br>Gillam & Smith, LLP<br>110 South Bolivar Street<br>Suite 204<br>Marshall, TX 75670 | ⇒ Toshiba America, Inc. |
| Gooding, William C.<br>Gooding & Crittenden, L.L.P.<br>2005 Moores Lane<br>P.O. Box 6168<br>Texarkana, TX 75505-6168 | ⇒ Fuji Photo Film USA |
| Graham, Barry<br>Finnegan, Henderson, Farabow, et al.<br>1300 I Street, N.W.<br>Washington, DC 20005 | ⇒ Axis Communications, Inc.* |
| Haag, Edmund Lee<br>Fulbright & Jaworski Llp<br>1301 Mckinney<br>Suite 5100<br>Houston, TX 77010 | ⇒ Thomson, Inc.* |
| Hall, M. Matthews<br>Kolisch Hartwell, P.C.<br>200 Pacific Bldg.<br>520 S.W. Yamhill Street<br>Portland, OR 97204 | ⇒ Riverdeep, Inc.*; Riverdeep, Inc. dba Broderbund* |
| Hansen, David W.<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>525 University Ave<br>Suite 1100<br>Palo Alto, CA 94301 | ⇒ Sun Microsystems, Inc.*; Yahoo!, Inc.* |
| Harris, Donald R.<br>Jenner & Block LLC<br>One IBM Plaza<br>47th Floor<br>Chicago, IL 60611 | ⇒ Mitsubishi Digital Electronics America, Inc.* |
| Hartman, H. Michael<br>Leydig, Voit & Mayer, Ltd.<br>Two Prudential Plaza<br>Suite 4900<br>Chicago, IL 60601-6780 | ⇒ Agfa Corp. |
| Hoffman, Adam S.<br>Irell & Manella, LLP<br>1800 Avenue of the Stars<br>Suite 900<br>Los Angeles, CA 90067-4276 | ⇒ TiVo, Inc.* |
| Horwitz, Richard L.<br>Potter, Anderson & Corroon, LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street | ⇒ Toshiba America Consumer Products, LLC |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| P.O. Box 951<br>Wilmington, DE 19899 | |
| Hummel, Keith R.<br>Cravath, Swaine & Moore, LLP<br>Worldwide Plaza<br>825 8th Avenue<br>New York, NY 10019 | => International Business Machines Corp.* |
| Kent, Ryan Marshall<br>Keker & Van Nest<br>710 Sansome Street<br>San Francisco, CA 94111 | => Google, Inc.* |
| Lavelle, Joseph P.<br>Howrey Simon Arnold & White, LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2402 | => Eastman Kodak Co.* |
| McDonald, Daniel W.<br>Merchant & Gould<br>80 South Eighth Street<br>3200 IDS Center<br>Minneapolis, MN 55402-2215 | => JASC Software*; Jasc Software, Inc.* |
| O'Brien, John A.<br>Fitzpatrick, Cella, Harper & Scinto<br>30 Rockefeller Plaza<br>New York, NY 10112-3801 | => Canon USA, Inc.* |
| Roth, Anthony C.<br>Morgan, Lewis & Bockius, LLP<br>1111 Pennsylvania Avenue, N.W.<br>Washington, DC 20004 | => Ricoh Corp.*; Savin Corp.* |
| Scarsi, Mark<br>O'Melveny & Myers, LLP<br>400 South Hope Street<br>Los Angeles, CA 90071 | => Apple Computer Inc.*; Apple Computer, Inc.* |
| Siebman, Clyde Moody<br>Siebman, Reynolds, Burg & Phillips<br>300 North Travis Street<br>Sherman, TX 75090 | => OCE North America Inc. |
| Tyler, Marvin Craig<br>Wilson Sonsini Goodrich & Rosati<br>8911 Capital of Texas Highway<br>Westech 360<br>Suite 3350<br>Austin, TX 78759-7247 | => ScanSoft, Inc.* |
| Veo, Inc.,<br>2210 O'Toole Avenue<br>Suite 150<br>San Jose, CA 95131 | => Veo, Inc. |
| Weaver, David B.<br>Vinson & Elkins<br>2801 Via Fortuna | => BancTec, Inc.*; Color Dreams, Inc. (dba StarDot Technologies); Dell, Inc.* |

Note: Please refer to the report title page for complete report scope and key.

*(Panel Attorney Service List for MDL 1,654 Continued)*

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Suite 100<br>Austin, TX 78746 | |
| Wittmann, Robert T.<br>Leydig, Voit & Mayer, Ltd.<br>Two Prudential Plaza<br>Suite 4900<br>Chicago, IL 60601-6780 | => Agfa Corp.* |
| Yoches, E. Robert<br>Finnegan, Henderson, Farabow, et al.<br>1300 I Street, N.W.<br>Washington, DC 20005-3315 | => BenQ America Corp.* |

Note: Please refer to the report title page for complete report scope and key.