# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| COMPRESSION LABS, INC., | § § § § § § § § § § | |
| *Plaintiff*, | | |
| v. | | Civil Action No. 2:05-CV-156 (Folsom) |
| MICROSOFT CORPORATION, | | |
| *Defendant.* | | |

## AGREED MOTION FOR EXTENSION OF TIME
## TO RESPOND TO COMPLAINT

Plaintiff COMPRESSION LABS, INC., ("CLI") and Defendant MICROSOFT CORPORATION ("Microsoft"), through their respective undersigned counsel, agree and hereby move the Court that the time within which Defendant may answer or otherwise respond to the initial Complaint should be extended to and including May 27, 2005.

Nothing herein shall be construed as consent by Defendant Microsoft to personal jurisdiction of this Court.

1

Respectfully submitted,

| | |
|---|---|
| **ATTORNEYS FOR PLAINTIFF**<br>**COMPRESSION LABS, INC.** |    /s/  Eric W. Buether<br>**ERIC W. BUETHER, ATTORNEY-IN-CHARGE**<br>Texas Bar No. 03316880<br>E-mail: ebuether@godwingruber.com<br>**GODWIN GRUBER, LLP**<br>Renaissance Tower<br>1201 Elm Street, Suite 1700<br>Dallas, Texas 75270<br>tel. 214-939-4400<br>fax 214-760-7332 |

2

Respectfully submitted,

| | |
|---|---|
| **ATTORNEYS FOR DEFENDANT**<br>**MICROSOFT CORPORATION** |       /s/  Kelly J. Kubasta<br>**JAMES P. BRADLEY, ATTORNEY-IN-CHARGE**<br>Texas Bar No. 02826000<br>E-mail: jbradley@sidley.com<br>**KELLY J. KUBASTA**<br>Texas Bar. No. 24002430<br>E-mail: kkubasta@sidley.com<br>**SIDLEY AUSTIN BROWN & WOOD, L.L.P.**<br>717 North Harwood, Suite 3400<br>Dallas, Texas 75201<br>tel. 214-981-3300<br>fax 214-981-3400<br><br>**RICHARD A. CEDEROTH**<br>**DOUGLAS I. LEWIS**<br>**SIDLEY AUSTIN BROWN & WOOD, L.L.P.**<br>Bank One Plaza<br>10 South Dearborn Street<br>Chicago, Illinois 60603<br>tel. 312-853-7000<br>fax 312-853-7036<br><br>**BRYAN K. ANDERSON**<br>**SIDLEY AUSTIN BROWN & WOOD, L.L.P.**<br>555 California Street, Suite 2000<br>San Francisco, CA 94104-1715<br>tel. 415-772-1200<br>fax 415-772-7400 |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record in this matter are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 13th day of May, 2005.

        /s/ Kelly J. Kubasta