IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| COMPRESSION LABS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:05-CV-156 (Folsom) |
| | § | |
| MICROSOFT CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING
## AGREED MOTION FOR EXTENSION OF TIME
## TO RESPOND TO COMPLAINT

On this day, the Court considered the Agreed Motion of Plaintiff COMPRESSION LABS, INC. ("CLI"), and Defendant MICROSOFT CORPORATION ("Microsoft") for Extension of Time to Respond to Complaint. Having considered the Agreed Motion, the Agreed Motion is GRANTED, thus the time within which Defendant Microsoft may answer or otherwise respond to the initial Complaint is now extended through and including May 27, 2005.

It is so ORDERED.

Dated this _____ day of _____, 2005.
**SIGNED this 16th day of May, 2005.**

*/s/ Caroline M. Craven*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE

1

DA1 325338v 1