**Appendix K**                                                            Revised: 12/3/03

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## _Marshall_ DIVISION
## APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case #_2-05CV-156_____

Style:_Compression Labs, Inc v Microsoft Corporation_____

2. Applicant is representing the following party/ies:

___Microsoft Corporation_____

3 Applicant was admitted to practice in __Illinois_____ (state) on _November 4, 1993_____ (date).

4 Applicant is in good standing and is otherwise eligible to practice law before this court

5 Applicant is not currently suspended or disbarred in any other court

6 Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page

7 Applicant has/has not ever had the privilege to practice before another court suspended (please circle) If so, give complete information on a separate page.

8 Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page

9 Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you Omit minor traffic offenses

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:

__Supreme Court of Illinois, Northern District of Illinois, Federal Circuit_____

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d))

14 Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, __Douglas I. Lewis_____ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __May 10, 2005_____     Signature  _____

Dockets.Justia.com

Name (please print) Douglas I. Lewis
State Bar Number Illinois  6216438
Firm Name:   Sidley Austin Brown & Wood LLP
Address/P.O. Box:   10 South Dearborn Street
City/State/Zip: Chicago, IL  60603
Telephone #:  (312) 853-7000
Fax #:  (312) 853-7036
E-mail Address:  dilewis@sidley.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this 13 day of May, 2005

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk