Appendix K                                                              Revised: 12/3/03

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# Marshall DIVISION
# APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case #____2-05CV-156_____

   Style:___ Compression Labs, Inc. v Microsoft Corporation__

2. Applicant is representing the following party/ies:

   _Microsoft Corporation_

3. Applicant was admitted to practice in _Illinois_ on _Nov 9, 1983

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/(has not) had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page

7. Applicant has/(has not) ever had the privilege to practice before another court suspended (please circle) If so, give complete information on a separate page

8. Applicant has/(has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle) If so, give complete information on a separate page

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:

    __Supreme Court of Illinois, U S District Court for the Northern District of Illinois, (pending) U S District Court for the Eastern District of Michigan, and Pro Hac Vice in the U S. District Court for the Northern District of California and other District Courts.

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, _Richard A. Cederoth _____ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States

Date _May 10, 2005_                     Signature _[signature]_

Dockets.Justia.com

Name (please print) __Richard A. Cederoth

State Bar Number _ (Illinois) 6185199

Firm Name:     _Sidley Austin Brown & Wood LLP

Address/P.O. Box:   __10 South Dearborn

City/State/Zip: ___ Chicago, Illinois  60603

Telephone #:   ___(312) 853-7000

Fax #:   ____(312) 853-7036

E-mail Address: ___  rcederoth@sidley.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this ___ day of _____, 20___.

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk