JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 2 4 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1654

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE COMPRESSION LABS, INC., PATENT LITIGATION

*Compression Labs, Inc. v. Microsoft Corp.*, E.D. Texas, C.A. No. 2:05-156

### CONDITIONAL TRANSFER ORDER (CTO-2)

On February 16, 2005, the Panel transferred six civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, one additional action has been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Phyllis J. Hamilton.

It appears that the action on this conditional transfer order involves questions of fact which are common to the actions previously transferred to the Northern District of California and assigned to Judge Hamilton.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1367 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Phyllis J. Hamilton.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

EXHIBIT
E