IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **COMPRESSION LABS,** § | |
| **INCORPORATED** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. |
| § | |
| **MICROSOFT CORPORATION** § | 2-05CV-156 |
| § | |
| Defendants. § | |

## NOTICE OF DISMISSAL OF CLAIMS AGAINST
## MICROSOFT CORPORATION WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff Compression Labs Inc. ("CLI") files this Notice of Dismissal of Claims Against Microsoft Corporation Without Prejudice. Because Microsoft Corporation has not yet served its answer in the above styled case, CLI gives notice under Federal Rule of Civil Procedure 41(a)(1)(I) that it hereby dismisses all claims brought against Microsoft Corporation in this case without prejudice.

Respectfully submitted,

**GODWIN GRUBER LLP**

By:  /s/ Eric W. Buether
      Eric W. Buether
      Attorney in Charge
      Texas State Bar No. 03316880
      ebuether@godwingruber.com
      1201 Elm Street, Suite 1700
      Dallas, TX 75270
      (214) 939-4400
      (214) 760-7332

**ATTORNEYS FOR COMPRESSION LABS, INC.**

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 7th day of June, 2005.

                     /s/ Eric W. Buether