IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| COMPRESSION LABS, INC., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 2:05-CV-156-DF |
| | § | |
| MICROSOFT CORP., | § | |
| | § | |
| Defendants. | § | |

## ORDER

On May 7, 2005, Plaintiff in the above captioned cause of action filed a notice of dismissal of all claims pursuant to Rule 41(a) of the Federal Rules of Civil Procedure (Doc. No. 22)

Therefore, the Court Orders that this action shall be, and is, hereby DISMISSED WITHOUT PREJUDICE pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Complete jurisdiction is retained to vacate this order and to reopen the action. It is further

ORDERED that the Clerk shall forthwith serve copies of this judgment by United States mail upon the attorneys for the parties appearing in this action. It is further

ORDERED that all other pending motions not expressly granted are hereby **DENIED**

SIGNED this 17th day of June, 2005.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE