A CERTIFIED TRUE COPY
JUN 2 2 2005
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 2 2 2005

FILED
CLERK'S OFFICE

FILED- CLERK
DISTRICT COURT
05 JUN 29 PM 12: 19
TX EASTERN-MARSHALL

DOCKET NO. 1654

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE COMPRESSION LABS, INC., PATENT LITIGATION

*Compression Labs, Inc. v. Microsoft Corp.*, E.D. Texas, C.A. No. 2:05-156

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Compression Labs v. Microsoft*) on May 24, 2005. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiff in *Compression Labs v. Microsoft* submitted a notice of opposition to the proposed transfer. The Panel has now been advised that *Compression Labs v. Microsoft* was dismissed in the Eastern District of Texas by the Honorable David Folsom in an order filed on June 17, 2005.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-2" filed on May 24, 2005, is VACATED.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 2 2 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 1654

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE COMPRESSION LABS, INC., PATENT LITIGATION

*Compression Labs, Inc. v. Microsoft Corp.*, E.D. Texas, C.A. No. 2:05-156

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Compression Labs v. Microsoft*) on May 24, 2005. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiff in *Compression Labs v. Microsoft* submitted a notice of opposition to the proposed transfer. The Panel has now been advised that *Compression Labs v. Microsoft* was dismissed in the Eastern District of Texas by the Honorable David Folsom in an order filed on June 17, 2005.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-2" filed on May 24, 2005, is VACATED.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel